IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E.I. DU PONT DE NEMOURS AND COMPANY, a Delaware corporation<br><br>Plaintiff,<br><br>v.<br><br>CANYON GROUP LLC a Delaware limited liability company, and NISSAN CHEMICAL INDUSTRIES, LTD., a Japanese corporation<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

C.A. NO. _____

## MOTION FOR LEAVE TO FILE A COMPLAINT UNDER SEAL

Plaintiff E. I. du Pont de Nemours and Company ("DuPont"), by and through undersigned counsel, hereby seeks leave to filed its Complaint and all attachments thereto in the above-captioned matter under seal. In support of this motion, DuPont states as follows:

1. DuPont's Complaint against Canyon Group LLC and Nissan Chemical Industries, Ltd. (collectively, "Defendants") seeks, *inter alia*, an order of this Court enjoining Defendants, or any of Defendants' affiliates or contractual partners from using confidential and proprietary information to formulate, offer to sell, sell, distribute or use certain products in the United States, Canada, Central America, South America, the Caribbean Islands, Australia or Thailand until the dispute over the exclusivity terms of a Development/License Agreement is resolved through arbitration or until August 11, 2009 when the Development/License Agreement expires.

2.    DuPont's Complaint contains allegations in support of its requested relief that reveal confidential and proprietary information that DuPont seeks to protect. The exhibits to the Complaint also contain confidential and proprietary information that DuPont seeks to protect.

3.    In addition, Article 12 of the Development/License Agreement requires DuPont to keep confidential certain data or inventions, discoveries or improvements except under limited circumstances, none of which apply in the present case.

WHEREFORE, DuPont respectfully requests leave to file the Complaint and exhibits thereto in this matter under seal.

POTTER ANDERSON & CORROON LLP

Richard L. Horwitz (#2246)
Arthur L. Dent (#2491)
Suzanne M. Hill (#4414)
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, Delaware 19899-0951
Telephone: (302) 984-6000
rhorwitz@potteranderson.com
adent@potteranderson.com
shill@potteranderson.com

OF COUNSEL:

A. Stephens Clay
Georgia Bar No. 129400
Ronald L. Raider
Georgia Bar No. 592192
KILPATRICK STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4530
Telephone: (404) 815-6500
Telecopy: (404) 815-6555

DATED: April 7, 2005
PA&C 677054v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E.I. DU PONT DE NEMOURS AND COMPANY, a Delaware corporation <br><br> Plaintiff, <br><br> v. <br><br> CANYON GROUP LLC a Delaware limited liability company, and NISSAN CHEMICAL INDUSTRIES, LTD., a Japanese corporation <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )    C.A. NO. _____ |

## **ORDER**

**AND NOW**, having considered the Motion for Leave to File A Complaint Under

Seal of Plaintiff, E. I. du Pont de Nemours and Company, and for good cause shown,

**IT IS HEREBY ORDERED** this _____ day of April 2005, that Plaintiff may

file its Complaint and the attachments thereto in the above-captioned matter under seal.


_____
United States District Court Judge

PA&C 677054v1