IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E.I. DUPONT DE NEMOURS AND COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>CANYON GROUP LLC, a Delaware limited liability company, and NISSAN CHEMICAL INDUSTRIES, LTD., a Japanese corporation.<br><br>Defendants. | ) ) ) ) ) ) C.A. No. _____ ) ) ) ) ) ) ) ) ) ) |

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

There is no parent corporation of Plaintiff E. I. du Pont de Nemours and Company and there is no publicly held corporation that owns 10% or more of Plaintiff E. I. du Pont de Nemours and Company's stock.

POTTER ANDERSON & CORROON LLP

By: _____
Richard L. Horwitz (#2246)
Arthur L. Dent (#2491)
Suzanne M. Hill (#4414)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
adent@potteranderson.com
shill@potteranderson.com

*Attorneys for Plaintiff*

Dated: April 7, 2005
676963