## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

E.I. DUPONT DE NEMOURS AND )
COMPANY, a Delaware corporation, )
                                  )
          Plaintiff,              )      C.A. No. _____
                                  )
     v.                           )
                                  )
CANYON GROUP LLC, a Delaware limited )
liability company, and NISSAN        )
CHEMICALS INDUSTRIES, LTD., a        )
Japanese corporation.                )
                                     )
          Defendants.                )

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the

admission pro hac vice of A. Stephens Clay, Tonya R. Deem and Ronald L. Raider of

Kilpatrick Stockton LLP, Suite 2800, 1100 Peachtree Street, Atlanta, Georgia 30309-

4530 and 1001 West Fourth Street, Winston-Salem, North Carolina 27101-2400, to

represent plaintiff E. I. du Pont de Nemours and Company in this matter.

POTTER ANDERSON & CORROON LLP

By: _____
       Richard L. Horwitz (#2246)
       Arthur L. Dent (#2491)
       Suzanne M. Hill (#4414)
       Hercules Plaza, 6th Floor
       1313 N. Market Street
       Wilmington, Delaware   19899-0951
       (302) 984-6000
       rhorwitz@potteranderson.com
       adent@potteranderson.com
       shill@potteranderson.com

Dated: April 7, 2005                    *Attorneys for Plaintiff*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____          _____
United States District Judge

676928

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the United States District Court for the Northern District of Georgia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: April 7, 2005                    Signed: /s/ A.Stephens Clay
                                                A. Stephens Clay
                                                Kilpatrick Stockton LLP
                                                Suite 2800
                                                1100 Peachtree Street
                                                Atlanta, Georgia  30309-4530

676928

3

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the United States District Court for the Middle District of North Carolina, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: April 7, 2005                    Signed:    /s/ Tonya R. Deem
                                       Tonya R. Deem
                                       Kilpatrick Stockton LLP
                                       1001 West Fourth Street
                                       Winston-Salem, North Carolina  27101-2400

676928

4

## <u>CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE</u>

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the United States District Court for the Northern District of Georgia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: April 7, 2005                    Signed:____/s/ Ronald L. Raider_____
                                                Ronald L. Raider
                                                Kilpatrick Stockton LLP
                                                Suite 2800
                                                1100 Peachtree Street
                                                Atlanta, Georgia  30309-4530

676928