IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E.I. DU PONT DE NEMOURS AND COMPANY, a Delaware corporation<br><br>Plaintiff,<br><br>v.<br><br>CANYON GROUP LLC a Delaware limited liability company, and NISSAN CHEMICAL INDUSTRIES, LTD., a Japanese corporation<br><br>Defendants. | )<br>)<br>)<br>) C.A. NO. 05-200 UNA<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

**AND NOW**, having considered the Motion for Leave to File A Complaint Under Seal of Plaintiff, E. I. du Pont de Nemours and Company, and for good cause shown,

**IT IS HEREBY ORDERED** this 7 day of April 2005, that Plaintiff may file its Complaint and the attachments thereto in the above-captioned matter under seal.

_____
United States District Court Judge

PA&C 677054v1