IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E.I. DUPONT DE NEMOURS AND COMPANY, a Delaware corporation, )<br>)<br>)<br>Plaintiff,          )<br>)<br>v.                             )<br>)<br>CANYON GROUP LLC, a Delaware limited )<br>liability company, and NISSAN )<br>CHEMICALS INDUSTRIES, LTD., a )<br>Japanese corporation.   )<br>)<br>Defendants.    ) | C.A. No. _5 - 200_ |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of A. Stephens Clay, Tonya R. Deem and Ronald L. Raider of Kilpatrick Stockton LLP, Suite 2800, 1100 Peachtree Street, Atlanta, Georgia 30309-4530 and 1001 West Fourth Street, Winston-Salem, North Carolina 27101-2400, to represent plaintiff E. I. du Pont de Nemours and Company in this matter.

POTTER ANDERSON & CORROON LLP

By: _/s/ Richard L. Horwitz_
Richard L. Horwitz (#2246)
Arthur L. Dent (#2491)
Suzanne M. Hill (#4414)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
adent@potteranderson.com
shill@potteranderson.com

Dated: April 7, 2005          *Attorneys for Plaintiff*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: 4/7/05

_____
United States District Judge

676928