IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E. I. DU PONT DE NEMOURS AND COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>CANYON GROUP LLC a Delaware limited liability company, and NISSAN CHEMICAL INDUSTRIES, LTD., a Japanese corporation<br><br>Defendants. | C.A. No. 05-200-_____ |

## ORDER

**AND NOW**, having considered the foregoing Motion to Expedite Proceedings Related to Plaintiff's Motion for Preliminary Injunction in Aid of International Arbitration of Plaintiff E. I. du Pont de Nemours and Company ("DuPont"),

**IT IS HEREBY ORDERED**, this _____ day of April, 2005, that,

1. DuPont's Motion to Expedite is Granted;

2. Defendants Canyon Group LLC and Nissan Chemical Industries, Ltd. (collectively, "Defendants") shall answer Plaintiff's Complaint on or before April 15, 2005;

3. Defendants shall respond to written discovery within 5 days of service of such requests;

4. Depositions may be taken after 2 days' notice;

5. Supplemental briefing on the Motion for Preliminary Injunction in Aid of International Arbitration shall take place according to the following schedule:

      a. DuPont's Supplemental Opening Brief in Support of its Motion for Preliminary Injunction in Aid of International Arbitration shall be filed on or before April 22, 2005;

      b. Defendants' Answering Briefs in Opposition to DuPont's Motion for a Preliminary Injunction in Aid of International Arbitration shall be filed on or before April 27, 2005;

      c. DuPont's Reply Brief in Support of its Motion for Preliminary Injunction in Aid of International Arbitration shall be filed on or before noon on April 29, 2005.

6. A hearing on the Motion for Preliminary Injunction in Aid of International Arbitration shall be held on May _____, 2005 at _____ \_\_\_.m.

_____
United States District Court Judge

PA&C 677166v1