# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
Fax (302) 651-7701
WWW.RLF.COM

FREDERICK L. COTTRELL, III

DIRECT DIAL NUMBER
302-651-7509
COTTRELL@RLF.COM

April 8, 2005

**BY HAND DELIVERY**

The Honorable Sue L. Robinson
United States District Court
Federal Building
844 King Street
Wilmington, DE 19801

      Re:    *E. I. DuPont de Nemours and Company v. Nissan Chemical Industries, Ltd.*, Case No. 05-200

Dear Chief Judge Robinson:

      This firm will be entering an appearance for Nissan Chemical Industries in the above-captioned action. While we believe the case is still unassigned, we note from the docket that Judge Farnan, perhaps as duty judge, entered two non-substantive orders yesterday. We wanted to inform the Court that Judge Farnan's daughter, Kelly Farnan, has been assisting me with matters relating to the above-captioned action and hopes to continue to do so as we move forward. Even though this case is still unassigned, I wanted to bring this fact to the Court's attention as soon as possible.

Respectfully,

Frederick L. Cottrell, III

FLC/syf
cc:    Clerk of the Court (By Hand)
         The Honorable Joseph J. Farnan, Jr. (By Hand)
         Richard L. Horwitz, Esq. (By Facsimile)

RLF1-2861901-1