IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E.I. DU PONT DE NEMOURS AND COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>CANYON GROUP LLC a Delaware limited liability company, and NISSAN CHEMICAL INDUSTRIES, LTD., a Japanese corporation<br><br>Defendants. | C.A. No. 05-200-____ |

## NOTICE OF SERVICE

The undersigned, counsel for Plaintiff E. I. du Pont de Nemours and Company, hereby certifies that a copy of the (1) PLAINTIFF'S FIRST INTERROGATORIES TO DEFENDANT CANYON GROUP LLC, (2) PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT NISSAN CHEMICAL INDUSTRIES, LTD., (3) PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT CANYON GROUP LLC, (4) PLAINTIFF'S FIRST INTERROGATORIES TO DEFENDANT NISSAN CHEMICAL INDUSTRIES, LTD. were caused to be served on April 11, 2005, upon the following attorneys of record and parties at the following addresses as indicated:

**BY HAND DELIVERY**
Frederick L. Cottrell, III
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801

| | |
|---|---|
| **BY FEDERAL EXPRESS AND E-MAIL**<br>Larry D. Miller<br>Canyon Group LLC<br>370 South Main Street<br>Yuma, Arizona 85364 | **BY FEDERAL EXPRESS**<br>Canyon Group, LLC<br>c/o Capitol Services, Inc.<br>615 DuPont Highway<br>Dover, DE 19901 |

                           POTTER ANDERSON & CORROON LLP

                           */s/ Suzanne M. Hill*
                           Richard L. Horwitz, Esquire (#2246)
                           Arthur L. Dent, Esquire (#2491)
                           Suzanne M. Hill, Esquire (#4414)
                           Hercules Plaza, 1313 N. Market Street
                           P.O. Box 951
                           Wilmington, Delaware 19899-0951
                           Telephone: (302) 984-6000
                           Telecopy: (302) 658-1192

                           *Attorneys for E. I. du Pont de Nemours an Company*

OF COUNSEL:

A. Stephens Clay
Georgia Bar No. 129400
Ronald L. Raider
Georgia Bar No. 592192
KILPATRICK STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4530
Telephone: (404) 815-6500
Telecopy: (404) 815-6555

Tonya R. Deem
NC State Bar No. 23075
KILPATRICK STOCKTON LLP
1001 West Fourth Street
Winston-Salem, North Carolina 27101
Telephone: (336) 607-7485
Telecopy: (336) 734-2653

DATED: April 11, 2005.
677588

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Suzanne M. Hill, hereby certify that on April 11, 2005, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Frederick L. Cottrell, III
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551

I hereby certify that on April 11, 2005, I have Federal Expressed the documents to the following non-registered participant at the following addresses:

| | |
|---|---|
| Larry Miller | Canyon Group, LLC |
| Canyon Group, LLC | c/o Capitol Services, Inc. |
| 370 S. Main Street | 615 Dupont Highway |
| Yuma, AZ 85364 | Dover, DE 19901 |

By:  /s/ Suzanne M. Hill
Richard L. Horwitz
Suzanne M. Hill
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
shill@potteranderson.com

677459