IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E.I. DUPONT DE NEMOURS AND COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>CANYON GROUP LLC, a Delaware limited liability company, and NISSAN CHEMICAL INDUSTRIES, LTD., a Japanese corporation,<br><br>Defendants. | )<br>)<br>)<br>)<br>)  C.A. No. 05-200<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ALIAS PRAECIPE

PLEASE ISSUE an alias summons for service of the Complaint and other pleadings filed in the above-captioned case for private service of process upon the Defendant Nissan Chemical Industries, Ltd. as follows:

**NISSAN CHEMICAL INDUSTRIES, LTD.
KOWA-HITOTSUBASHI BUILDING
7-1, 3-CHOME, KANDA-NISHIKI-CHO
CHIYODA-KU, TOYKO, JAPAN**

The Alias Summons is requested because Plaintiff has obtained another address for this Defendant.

POTTER ANDERSON & CORROON LLP

By: _/s/ Suzanne M. Hill_
Richard L. Horwitz, Esq. (#2246)
Suzanne M. Hill (#4414)
Hercules Plaza, 6th Floor
1313 North Market Street
P. O. Box 951
Wilmington, Delaware 19899
Tel.: (302) 984-6000

*Attorneys for Plaintiff E. I. du Pont de Nemours and Company*

Dated: April 13, 2005