

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Richard L. Horwitz**
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027 Direct Phone
302 658-1192 Fax

April 14, 2005

**VIA EFILING**

The Honorable Kent A. Jordan
United States District Court for the District of Delaware
844 North King Street
Room 6325, Lockbox 10
Wilmington, DE 19801

> Re:   **E. I. du Pont de Nemours and Company v. Canyon Group LLC and
> Nissan Chemical Industries, Ltd. (C.A. No. 05-200-KAJ)**

Dear Judge Jordan:

   This firm represents DuPont on the above referenced matter. We understand that Your Honor has been assigned to this case. As Your Honor may be aware, we filed a Complaint, Motion for Preliminary Injunction in Aid of International Arbitration, and an Opening Brief in Support of the Motion for Preliminary Injunction on April 7, 2005. In addition, we filed a Motion to Expedite Proceedings Related to Plaintiff's Motion for Preliminary Injunction on April 8, 2005, in which we asked for expedited discovery consisting of responses to discovery requests within five days of service, and depositions upon 2 days' notice, an expedited briefing schedule on the Motion for Preliminary Injunction in Aid of Arbitration, and a hearing date on the preliminary injunction motion during the week of May 2. Plaintiff requests this expedited schedule because this case involves acts by the Defendants that infringe upon Plaintiff's territory for the sale of a product that will be used in the upcoming growing season beginning in June. We have provided all of these papers to Mr. Cottrell, counsel for Nissan Chemicals, and have inquired several times whether he will also be representing Canyon Group, but as of yet Canyon Group's counsel has not been identified.

   We request a teleconference to discuss scheduling of this matter at the Court's earliest convenience.

         Respectfully,

         Richard L. Horwitz

678047
cc: Frederick L. Cottrell, III, Esquire (By Hand and eFiling)
   Clerk of the Court (By Hand)