AO 440 (Rev.10/93) Summons in a Civil Action

# United States District Court
## District of Delaware

E. I. DU PONT DE NEMOURS & COMPANY,

              Plaintiff,

v.

CANYON GROUP LLC, a Delaware limited liability company, and NISSAN CHEMICAL INDUSTRIES, LTD., a Japanese corporation,

              Defendant.

**SUMMONS IN A CIVIL ACTION**
CASE NUMBER:

TO: (Name and Address of Defendant)

CANYON GROUP, LLC
C/O CAPITOL SERVICES, INC.
615 DUPONT HIGHWAY
DOVER, DE 19901

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
Richard L. Horwitz, Esq. (#2246)
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000

an answer to the amended complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO
CLERK

APR 0 2005
DATE

_____
BY DEPUTY CLERK

AO 440 (Rev.10/93) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and Complaint was made by me[1] || DATE April 13, 2005 |
| NAME OF SERVER (PRINT) Edward Jones || TITLE Process Server |
| Check one box below to indicate appropriate method of service |||
| ☐ | Served personally upon the defendant. Place where served: ||
| ☐ | Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.<br>Name of person with whom the summons and complaint were left: ||
| ☐ | Returned unexecuted: ||
| ☒ | Other (specify): Served upon Canyon Group, LLC c/o Chapter Services, Inc located at 615 S. Dupont Hwy, Dover DE 19901. Service accepted by Ronie L Hopkins at 12:00 pm ||

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/13/05
                 Date

Signature of Server

Address of Server
2 Court...... Square Ste 101
Dover DE 19904

669173

---

[1]) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.