AO 440 (Rev.10/93) Summons in a Civil Action

# United States District Court
## District of Delaware

E. I. DU PONT DE NEMOURS & COMPANY,

            Plaintiff,

v.

CANYON GROUP LLC, a Delaware limited liability company, and NISSAN CHEMICAL INDUSTRIES, LTD., a Japanese corporation,

            Defendant.

**SUMMONS IN A CIVIL ACTION**
CASE NUMBER: 05-CV-200

TO: (Name and Address of Defendant)

NISSAN CHEMICALS INDUSTRIES, LTD.
C/O SECRETARY OF STATE
STATE OF DELAWARE
TOWNSEND BUILDING
DOVER, DE 19901

NISSAN CHEMICALS INDUSTRIES, LTD.
ATTN: OFFICER, MANAGING OR GENERAL AGENT OR ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
10777 WESTHEIMER, SUITE 830
HOUSTON, TX 77042

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
Richard L. Horwitz, Esq. (#2246)
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000

an answer to the amended complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO    4-12-05
CLERK              DATE

BY DEPUTY CLERK

AO 440 (Rev.10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE April 13, 2005 |
| NAME OF SERVER (PRINT) Edward Jones | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served upon Nissan Chemical Industries, LTD c/o Secretary of State of Delaware, Townsend Bldg, Dover DE 19901. Service was accepted by Martha Martin at 12:11 p.m.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/13/05
             Date

Signature of Server: Edward J. Jones I

Address of Server:
3 Collins Kerman Square Ste 109
Dover DE 19901

676974

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.