IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E I DUPONT DE NEMOURS & COMPANY ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No 05-200-KAJ |
| v. ) | |
| ) | |
| CANYON GROUP, LLC and NISSAN ) | |
| CHEMICAL INDUSTRIES, LTD ) | |
| ) | |
| Defendants ) | |
| ) | |

## ENTRY OF APPEARANCE

PLEASE ENTER the appearance of Frederick L Cottrell, III, Jeffrey L Moyer, Chad M Shandler, Kelly E Farnan and the firm of Richards, Layton & Finger in the above-captioned action as counsel to defendant Nissan Chemical Industries, Ltd ("Nissan") Nissan specifically reserves all defenses available to it, including service of process and jurisdiction

```
                              _____
                              Frederick L Cottrell, III (#2555)
                              Jeffrey L Moyer (#3309)
                              Chad M Shandler (#3796)
                              Kelly E Farnan (#4395)
                              Richards, Layton & Finger, P A
                              One Rodney Square
                              920 North King Street
                              Wilmington, DE 19801
                              302-651-7700
                              Attorneys for Defendant Nissan Chemical
                              Industries, Ltd
```

Dated: April 14, 2005

RLF1-2864551-1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on April 14, 2005, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951

/Jeffrey L. Moyer (#3309)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
MOYER@rlf.com

RLF1-2864566-1