IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E.I. DU PONT DE NEMOURS AND COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CANYON GROUP LLC and NISSAN )<br>CHEMICAL INDUSTRIES, LTD., )<br>)<br>Defendants. ) | C.A. No. 05-200-KAJ |

## ENTRY OF APPEARANCE

Please enter the appearance of the undersigned as counsel to defendant Canyon Group LLC in the above action.

          ASHBY & GEDDES

          */s/ Steven J. Balick*
          _____
          Steven J. Balick (I.D. #2114)
          John G. Day (I.D. #2403)
          222 Delaware Avenue, 17th Floor
          Wilmington, Delaware 19899-1150
          (302) 654-1888
          *Attorneys forDefendant Canyon Group LLC*

Dated: April 18, 2005
156018.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day April, 2005, the attached **ENTRY OF APPEARANCE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Richard L. Horwitz, Esquire<br>Potter Anderson & Corroon, LLP<br>1313 N. Market Street<br>Hercules Plaza, 6th Floor<br>P.O. Box 951<br>Wilmington, DE  19899 | HAND DELIVERY |
| A. Stephens Clay, Esquire<br>Kilpatrick Stockton LLP<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA  30309-4530 | VIA FEDERAL EXPRESS |
| Frederick L. Cottrell, III, Esquire<br>Richards Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE  19899 | HAND DELIVERY |

*/s/ Steven J. Balick*
Steven J. Balick