IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E. I. DU PONT DE NEMOURS AND COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>CANYON GROUP LLC a Delaware limited liability company, and NISSAN CHEMICAL INDUSTRIES, LTD., a Japanese corporation<br><br>Defendants. | )<br>)<br>)<br>) C.A. NO. 05-200-KAJ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF DISMISSAL OF CLAIMS AGAINST
DEFENDANT CANYON GROUP LLC**

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff E. I. du Pont de Nemours and Company, through its undersigned counsel, hereby dismisses the above-captioned action against Defendant Canyon Group LLC, without prejudice, each side to bear its own costs and attorneys' fees.

POTTER ANDERSON & CORROON LLP

By /s/ Suzanne M. Hill
Richard L. Horwitz, Esquire (#2246)
Arthur L. Dent, Esquire (#2491)
Suzanne M. Hill, Esquire (#4414)
Hercules Plaza, 1313 N. Market Street
P.O. Box 951
Wilmington, Delaware 19899-0951
Telephone: (302) 984-6000
Telecopy: (302) 658-1192

Attorneys for E. I. du Pont de Nemours and Company

OF COUNSEL:

A. Stephens Clay
Georgia Bar No. 129400
Ronald L. Raider
Georgia Bar No. 592192
KILPATRICK STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4530
Telephone: (404) 815-6500
Telecopy:  (404) 815-6555

Tonya R. Deem
NC State Bar No. 23075
KILPATRICK STOCKTON LLP
1001 West Fourth Street
Winston-Salem, North Carolina 27101
Telephone:  (336) 607-7485
Telecopy:  (336) 734-2653


Dated:  April 21, 2005


PA&C 678612v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Suzanne M. Hill, hereby certify that on April 21, 2005, the attached document was served via hand delivery and electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

| | |
|---|---|
| Frederick L. Cottrell, III | Steven J. Balick |
| Richards, Layton & Finger | Ashby & Geddes |
| One Rodney Square | 222 Delaware Avenue |
| P.O. Box 551 | P.O. Box 1150 |
| Wilmington, DE 19899-0551 | Wilmington, DE 19899-1150 |

By: /s/ Suzanne M. Hill
Richard L. Horwitz (#2246)
Suzanne M. Hill (#4414)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
shill@potteranderson.com