IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| E I  DUPONT DE NEMOURS & COMPANY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No  05-200-KAJ |
| v | ) | |
| | ) | |
| NISSAN CHEMICAL INDUSTRIES, LTD | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| | ) | |

## MOTION

Nissan Chemical Industries, Ltd  ("Nissan") moves pursuant to Federal Rule of Civil Procedure 12(b)(1), (2), (5) and (6) to dismiss or, in the alternative, to stay this action   In support of this Motion, Nissan has filed its opening brief and supporting papers herewith

_____

Frederick L  Cottrell, III (#2555)
cottrell@rlf com
Jeffrey L  Moyer (#3309)
moyer@rlf com
Chad M  Shandler (#3796)
shandler@rlf com
Kelly E  Farnan (#4395)
farnan@rlf com
Richards, Layton & Finger, P A
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
Attorneys for Defendant Nissan Chemical
Industries, Ltd

Dated:  May 3, 2005

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E I  DUPONT DE NEMOURS & COMPANY | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Civil Action No  05-200-KAJ |
| v | ) |
| | ) |
| NISSAN CHEMICAL INDUSTRIES, LTD | ) |
| | ) |
| Defendant | ) |
| | ) |
| | ) |

## **ORDER**

The Court having considered the Motion and supporting papers of Nissan Chemical Industries, Ltd  to dismiss or, in the alternative, to stay this action and good cause having been shown,

IT IS HEREBY ORDERED this _____ day of _____, 2005 that the Motion is GRANTED

_____

The Honorable Kent A  Jordan

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2005, I caused to be served by hand delivery the foregoing

document and electronically filed the same with the Clerk of Court using CM/ECF which will

send notification of such filing(s) to the following:

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
1313 N. Market Street
P. O. Box 951
Wilmington, DE  19899-0951


I hereby certify that on May 3, 2005, I have mailed by Federal Express the aforesaid

document to the following non-registered participants:

A. Stephens Clay
Ronald L. Raider
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA  30309-4530

Tonya R. Deem
Kilpatrick Stockton LLP
1001 West Fourth Street
Winston-Salem, North Carolina  27101

Kelly E. Farnan (#4395)
Richards, Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
FARNAN@rlf.com