IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E.I. DUPONT DE NEMOURS & COMPANY ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NISSAN CHEMICAL INDUSTRIES, LTD. ) <br> ) <br> Defendant. ) <br> ) <br> ) | Civil Action No. 05-200-KAJ |

## DECLARATION OF HIROSHI KURIHARA

I, Hiroshi Kurihara, declare as follows:

1.    I am General Manager, Legal Office, Corporate Planning Department of Nissan Chemical Industries, Ltd. ("Nissan"). I am authorized to make this declaration in support of Nissan's Motion to Dismiss the Complaint in this action and do so without waiver of any defenses available to Nissan.

2.    I have personal knowledge of the corporate organization and business activities of Nissan.

3.    Nissan is a Japanese chemical corporation with its principal place of business in Tokyo.

4.    Nissan is a separate and distinct corporate entity from its wholly-owned subsidiary, Nissan Chemical America Corporation, a New York corporation. Nissan Chemical America Corporation has its principal place of business in Texas and does no business in Delaware.

5. Nissan has never been registered to do business in Delaware and has never paid any taxes or franchise fees in Delaware.

6. Nissan does not solicit business or advertise in Delaware. Nissan does not sell any of its products to Delaware.

7. Nissan does not have an office, bank accounts or employees in Delaware. Nissan does not own, lease or otherwise occupy any real estate in Delaware.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 3, 2005 in Tokyo, Japan.

*Hiroshi Kurihara*
Hiroshi Kurihara

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2005, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
1313 N. Market Street
P. O. Box 951
Wilmington, DE 19899-0951

I hereby certify that on May 3, 2005, I have mailed by Federal Express the aforesaid document to the following non-registered participants:

A. Stephens Clay
Ronald L. Raider
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530

Tonya R. Deem
Kilpatrick Stockton LLP
1001 West Fourth Street
Winston-Salem, North Carolina 27101

/s/ Kelly E. Farnan
Kelly E. Farnan (#4395)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
FARNAN@rlf.com

RLF1-2864566-1