## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

E.I. DUPONT DE NEMOURS AND
COMPANY, a Delaware corporation,

             Plaintiff,

     v.

NISSAN CHEMICAL INDUSTRIES, LTD.,
a Japanese corporation.

             Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

C.A. No. 05-200 (KAJ)

## AFFIDAVIT OF MAILING

STATE OF DELAWARE     )
                         ) ss:
COUNTY OF NEW CASTLE  )

       BE IT REMEMBERED, that on this 3rd day of May, 2005, did personally appear before me Subscriber, a Notary for the State and County aforesaid, SUZANNE M. HILL, who being by me duly sworn according to law, did depose and say:

       1.    That she is an attorney duly licensed to practice before the Courts of the State of Delaware and the United States District Court for the District of Delaware, and is an associate with the firm of Potter Anderson & Corroon LLP, counsel for plaintiff herein;

       2.    That on April 14, 2005, she did cause to be mailed by International Registered Mail, Return Receipt Requested, to the Ministry of Foreign Affairs, 2-2-1 Kasumigaseki, Chiyoda-Ku, Tokyo 100, Japan, two sets of Motion for Leave to File a Complaint Under Seal, two sets of the Summons, two sets of the Complaint, two sets of Rule 7.1 Disclosure Statement, two sets of Motion for Preliminary Injunction, two sets of

Proposed Order re: Motion for Preliminary Injunction, two sets of Opening Brief in

Support of Motion for Preliminary Injunction, two sets of Motion for Pro Hac Vice

Appearance of A. Stephens Clay, Tonya R. Deem and Ronald L. Raider, two sets of

Order granting Motion for Leave to File a Complaint Under Seal, two sets of Order

granting Motion for Pro Hac Vice Appearance, two sets of Letter to The Honorable Sue

L. Robinson from Frederick L. Cotrell, III regarding representation of Nissan Chemical

Industries, two sets of Motion to Expedite Proceedings, two sets of Plaintiff's First

Interrogatories and Requests for Production to Defendants, two sets of Alias Praecipe,

two sets of the Certificate, two sets of the Summary Of The Documents To Be Served,

and two sets of the Request For Service Abroad Of Judicial Or Extrajudicial Documents

(attached as Exhibit A hereto) requesting that service be made pursuant to the Hague

Convention upon defendant Nissan Chemical Industries, Ltd., Kowa-Hitotsubashi

Building, 7-1, 3-Chome, Kanda-Nishiki-Cho, Chiyoda-Ku, Took, Japan.

  3.  That attached hereto as Exhibit A is the postal return receipt evidencing

acceptance of the documents mailed to the Ministry of Foreign Affairs, receiving

authority for non-resident foreign defendant, Nissan Chemical Industries, Ltd.

  4.  That on April 14, 2005, she did cause to be mailed by International

Registered Mail, Return Receipt Requested, to defendant Nissan Chemical Industries,

Ltd., Kowa-Hitotsubashi Building, 7-1, 3-Chome, Kanda-Nishiki-Cho, Chiyoda-Ku,

Took, Japan one set of Motion for Leave to File a Complaint Under Seal, one set of the

Summons, one set of the Complaint, one set of Rule 7.1 Disclosure Statement, one set of

Motion for Preliminary Injunction, one set of Proposed Order re: Motion for Preliminary

Injunction, one set of Opening Brief in Support of Motion for Preliminary Injunction, one

set of Motion for Pro Hac Vice Appearance of A. Stephens Clay, Tonya R. Deem and

Ronald L. Raider, one set of Order granting Motion for Leave to File a Complaint Under

Seal, one set of Order granting Motion for Pro Hac Vice Appearance, one set of Letter to

The Honorable Sue L. Robinson from Frederick L. Cotrell, III regarding representation of

Nissan Chemical Industries, one set of Motion to Expedite Proceedings, one set of

Plaintiff's First Interrogatories and Requests for Production to Defendants, one set of

Alias Praecipe, one set of the Certificate, one set of the Summary Of The Documents To

Be Served, and one set of the Request For Service Abroad Of Judicial Or Extrajudicial

Documents.

5.    That attached hereto as Exhibit B is the postal return receipt evidencing

acceptance of the documents mailed to non-resident foreign defendant, Nissan Chemical

Industries, Ltd.

Dated this 3rd day of May 2005.


_____
SUZANNE M. HILL

SWORN AND SUBSCRIBED before me the day and year aforesaid.


_____
Notary Public
My commission expires _4 · 9 · 08_

3

# EXHIBIT A



**UNITED STATES POSTAL SERVICE ®**

**Return Receipt for International Mail**
(Registered, Insured, Recorded Delivery, Express Mail)

Postmark of the office returning the receipt
*Timbre du bureau renvoyant l'avis*

*Administration des Postes des Etats-Unis d'Amérique*

## Par Avion

| | |
|---|---|
| Return by the quickest route (air or surface mail), à découvert and postage free. | The sender completes and indicates the address for the return of this receipt. *(A remplir par l'expéditeur, qui indiquera son adresse pour le renvoi du présent avis.)* |
| | Name or Firm *(Nom ou raison sociale)* RICHARD L. HORWITZ, ESQ |
| *A renvoyer par la voie la plus rapide (aérienne ou de surface), à découvert et en franchise de port.* | Potter Anderson & Corroon, LLP, P.O. Box 951 |
| | Street and Number *(Rue et no.)* 1313 North Market St, |
| | City, State, and ZIP + 4 *(Localité et code postal)* Wilmington DE 19899 |
| | UNITED STATES OF AMERICA    Etats-Unis d'Amérique |

PS Form **2865,** February 1997    *Avis de réception*    **CN07** *(Old C5)*

---

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Item Description *(Nature de l'envoi )* | ☒ Registered Article *(Envoi recommandé)* | ☐ Letter *(Lettre)* | ☐ Printed Matter *(Imprimé)* | ☐ Other *(Autre)* | Recorded Delivery *(Envoi à livraison attestée)* | Express Mail Inte national | |
| Insured Parcel ☐ *(Colis avec valeur déclarée)* | Insured Value *(Valeur déclarée)* | | Article Number RB 456 342 15 | | | | |
| Office of Mailing *(Bureau de dépôt)* The Minister of Foreign Affairs | | | Date of Posting *(Date de dépôt)* 04-14-05 | | | | |
| Addressee Name or Firm *(Nom ou raison sociale du destinataire)* 2-2-1 Kasumigaseki, Chiyoda-ku | | | | | | | |
| Street and No. *(Rue et no.)* | | | | | | | |
| Place and Country *(Localité et pays)* TOKYO 100, JAPAN | | | | | Postmark of the office of destination *(Timbre du bureau de destination)* | | |

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.
*(Cet avis doit être signé par le destinataire ou par une personne autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à l'expéditeur).*

| ☐ The article mentioned above was duly delivered. *(L'envoi mentionné ci-dessus a été dûment livré.)* | | APR. 19.2005 |
|---|---|---|
| Signature of Addressee *(Signature du destinataire)* | Office of Destination Employee Signature *(Signature de l'agent du bureau du destination)* | |

PS Form **2865,** February 1997 *(Reverse)*    RB 858 342 155 US

# EXHIBIT B

| Item Description (Nature de l'envoi) | ☑Registered Article (Envoi recommandé) | ☐Letter (Lettre) | ☐Printed Matter (Imprimé) | ☐Other (Autre) | Recorded Delivery (Envoi à livraison attestée) | ☐Express Mail Inter-national |
|---|---|---|---|---|---|---|
| ☐Insured Parcel (Colis avec valeur déclarée) | Insured Value (Valeur déclarée) | | | Article Number RB 858 342 147 U | | |

Office of Mailing (Bureau de dépôt)
Nissen Chemical Industries, Ltd.

Date of Posting (Date de dépôt)
04-14-05

Addressee Name or Firm (Nom ou raison sociale du destinataire)
Kowa-Hitotsubashi Building

Street and No. (Rue and No.)
7-1, 3-Chome, Kanda-Nishiki-Cho

Place and Country (Localité et pays)
Chiyoda-Ku, Toyko, Japan

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

(Cet avis doit être signé par le destinataire ou par une personne autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à expéditeur).

☐ The article mentioned above was duly delivered.
(L'envoi mentionné ci-dessus a été dûment livré.)

Date

Signature of Addressee (Signature du destinataire)
Maki Inazawa.

Office of Destination Employee Signature (Signature de l'agent du bureau du destination)

Postmark of the office of destination (Timbre du bureau de destination)

PS Form 2865, February 1997 (Reverse)    RB 858 342 147   US      19·Apr·2005

---

**UNITED STATES POSTAL SERVICE ®**

**Return Receipt for International Mail**
(Registered, Insured, Recorded Delivery, Express Mail)

Administration des Postes des Etats-Unis d'Amérique

*Par Avion*

Postmark of the office returning the receipt
Timbre du bureau renvoyant l'avis

Return by the quickest route (air or surface mail), à découvert and postage free.

A renvoyer par la voie la plus rapide (aérienne ou de surface), à découvert et en franchise de port.

The sender completes and indicates the address for the return of this receipt.
(A remplir par l'expéditeur, qui indiquera son adresse pour le renvoi du présent avis.)

Name or Firm (Nom ou raison sociale)
RICHARD L. Horwitz, ESQ.
Potter Anderson & Corroon, LLP
1313 North Market Street, P.O. Box 951

Street and Number (Rue et no.)
Wilmington, DE 19899

City, State, and ZIP + 4 (Localité et code postal)

UNITED STATES OF AMERICA          Etats-Unis d'Amérique

PS Form 2865, February 1997    *Avis de réception*    CN07 (Old C5)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Suzanne M. Hill, hereby certify that on May 3, 2005, the attached document

was electronically filed with the Clerk of the Court using CM/ECF which will send notification

of such filing(s) to the following and the document is available for viewing and downloading

from CM/ECF:

Frederick L. Cottrell, III
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899-0551


By:    _Suzanne M. Hill_
Richard L. Horwitz (#2246)
Suzanne M. Hill (#4414)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
shill@potteranderson.com