IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E.I. DUPONT DE NEMOURS AND COMPANY, a Delaware corporation,<br><br>                    Plaintiff,<br><br>        v.<br><br>NISSAN CHEMICAL INDUSTRIES, LTD., a Japanese corporation<br><br>                    Defendant. | )<br>)<br>)<br>)  C.A. No. 05-200 (KAJ)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### STIPULATION AND ORDER TO EXTEND TIME

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiff and counsel for Defendant, subject to the approval of the Court, that the time within which Plaintiff shall file its Answering Brief on Defendant's Motion to Dismiss (D.I. 28) is hereby extended until June 15, 2005. The parties further stipulate, subject to the approval of the Court, and without waiver of any of Nissan's defenses, that the time within which Defendant shall respond to Plaintiff's outstanding discovery requests, by motion or otherwise, is extended until one week after the Court rules on the Motion to Dismiss.

_____
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Chad M. Shandler (#3796)
shandler@rlf.com
Kelly E. Farnan (#4395)
farnan@rlf.com
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700

*Attorneys for Defendant Nissan Chemical Industries, Ltd.*

/s/ Richard L. Horwitz
Richard L. Horwitz (#2246)
rhorwitz@potteranderson.com
Arthur L. Dent (#2491)
adent@potteranderson.com
Suzanne M. Hill (#4414)
shill@potteranderson.com
Potter Anderson & Corroon LLP
1313 North Market Street
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19889-0951
Telephone: (302) 984-6000

*Attorneys for E.I. du Pont de Nemours and Company*

OF COUNSEL:

A. Stephens Clay
Georgia Bar No. 129400
Ronald L. Raider
Georgia Bar No. 592192
KILPATRICK STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4530
Telephone: (404) 815-6500
Telecopy: (404) 815-6555

Tonya R. Deem
NC State Bar No. 23075
KILPATRICK STOCKTON LLP
1001 West Fourth Street
Winston-Salem, North Carolina 27101
Telephone: (336) 607-7485
Telecopy: (336) 734-2653

Dated: May 13, 2005

SO ORDERED this_____ day of _____, 2005

_____
United States District Judge