IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E.I. DUPONT DE NEMOURS AND COMPANY, a Delaware corporation,<br><br>                          Plaintiff,<br><br>          v.<br><br>NISSAN CHEMICAL INDUSTRIES, LTD., a Japanese corporation.<br><br>                         Defendants. | C.A. No. 05-200 (KAJ) |

## STIPULATION AND ORDER STAYING PROCEEDINGS

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiff and counsel for Defendant, subject to the approval of the Court, that this action shall be stayed pending resolution of the arbitration that has been commenced between the parties before the International Chamber of Commerce. Either party may ask to lift the stay upon motion and this stipulation is without waiver of any argument raised in Nissan's Motion to Dismiss.

RLF1-2892262-1

/s/ Frederick L. Cottrell, III
_____
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Chad M. Shandler (#3796)
shandler@rlf.com
Kelly E. Farnan (#4395)
farnan@rlf.com
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700

Attorneys for Defendant Nissan Chemical Industries, Ltd.

/s/ Suzanne M. Hill
_____
Richard L. Horwitz (#2246)
rhorwitz@potteranderson.com
Arthur L. Dent (#2491)
adent@potteranderson.com
Suzanne M. Hill (#4414)
shill@potteranderson.com
1313 North Market Street
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19889-0951
Telephone: (302) 984-6000
Facsimile: (302) 658-1192

Attorneys for E. I. du Pont de Nemours and Company

OF COUNSEL:

A. Stephens Clay
Georgia Bar No. 129400
Ronald L. Raider
Georgia Bar No. 592192
KILPATRICK STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4530
Telephone: (404) 815-6500
Telecopy: (404) 815-6555

Tonya R. Deem
NC State Bar No. 23075
KILPATRICK STOCKTON LLP
1001 West Fourth Street
Winston-Salem, North Carolina 27101
Telephone: (336) 607-7485
Telecopy: (336) 734-2653

Dated: June 24, 2005

SO ORDERED this_____ day of June, 2005

_____
United States District Judge