IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E.I. DUPONT DE NEMOURS AND COMPANY, a Delaware corporation, )<br><br>Plaintiff, )<br><br>v. )<br><br>NISSAN CHEMICAL INDUSTRIES, LTD., ) a Japanese corporation. )<br><br>Defendants. ) | C.A. No. 05-200 (KAJ) |

### AFFIDAVIT OF MAILING

STATE OF DELAWARE        )
                         ) ss:
COUNTY OF NEW CASTLE     )

BE IT REMEMBERED, that on this 9th day of August, 2005, did personally appear before me Subscriber, a Notary for the State and County aforesaid, SUZANNE M. HILL, who being by me duly sworn according to law, did depose and say:

1. That she is an attorney duly licensed to practice before the Courts of the State of Delaware and the United States District Court for the District of Delaware, and is an associate with the firm of Potter Anderson & Corroon LLP, counsel for plaintiff herein;

2. That on April 14, 2005, she did cause to be mailed by International Registered Mail, Return Receipt Requested, to the Ministry of Foreign Affairs, 2-2-1 Kasumigaseki, Chiyoda-Ku, Tokyo 100, Japan, two sets of Motion for Leave to File a Complaint Under Seal, two sets of the Summons, two sets of the Complaint, two sets of Rule 7.1 Disclosure Statement, two sets of Motion for Preliminary Injunction, two sets of

Proposed Order re: Motion for Preliminary Injunction, two sets of Opening Brief in Support of Motion for Preliminary Injunction, two sets of Motion for Pro Hac Vice Appearance of A. Stephens Clay, Tonya R. Deem and Ronald L. Raider, two sets of Order granting Motion for Leave to File a Complaint Under Seal, two sets of Order granting Motion for Pro Hac Vice Appearance, two sets of Letter to The Honorable Sue L. Robinson from Frederick L. Cotrell, III regarding representation of Nissan Chemical Industries, two sets of Motion to Expedite Proceedings, two sets of Plaintiff's First Interrogatories and Requests for Production to Defendants, two sets of Alias Praecipe, two sets of the Certificate, two sets of the Summary Of The Documents To Be Served, and two sets of the Request For Service Abroad Of Judicial Or Extrajudicial Documents requesting that service be made pursuant to the Hague Convention upon defendant Nissan Chemical Industries, Ltd., Kowa-Hitotsubashi Building, 7-1, 3-Chome, Kanda-Nishiki-Cho, Chiyoda-Ku, Took, Japan.

3. That attached hereto as Exhibit A is the Request for Service Abroad of Judicial or Extrajudicial Documents and the Certificate, completed by the Ministry of Foreign Affairs, 2-2-1 Kasumigaseki, Chiyoda-Ku, Tokyo 100, Japan, evidencing that proper service has been completed upon Nissan Chemical Industries, Ltd. pursuant to the Hague Convention.

4. That attached hereto as Exhibit B is the postal return receipt evidencing acceptance of the documents mailed to the Ministry of Foreign Affairs, receiving authority for non-resident foreign defendant, Nissan Chemical Industries, Ltd.

5. That on April 14, 2005, she did cause to be mailed by International Registered Mail, Return Receipt Requested, to defendant Nissan Chemical Industries,

Ltd., Kowa-Hitotsubashi Building, 7-1, 3-Chome, Kanda-Nishiki-Cho, Chiyoda-Ku, Took, Japan one set of Motion for Leave to File a Complaint Under Seal, one set of the Summons, one set of the Complaint, one set of Rule 7.1 Disclosure Statement, one set of Motion for Preliminary Injunction, one set of Proposed Order re: Motion for Preliminary Injunction, one set of Opening Brief in Support of Motion for Preliminary Injunction, one set of Motion for Pro Hac Vice Appearance of A. Stephens Clay, Tonya R. Deem and Ronald L. Raider, one set of Order granting Motion for Leave to File a Complaint Under Seal, one set of Order granting Motion for Pro Hac Vice Appearance, one set of Letter to The Honorable Sue L. Robinson from Frederick L. Cotrell, III regarding representation of Nissan Chemical Industries, one set of Motion to Expedite Proceedings, one set of Plaintiff's First Interrogatories and Requests for Production to Defendants, one set of Alias Praecipe, one set of the Certificate, one set of the Summary Of The Documents To Be Served, and one set of the Request For Service Abroad Of Judicial Or Extrajudicial Documents.

      6.    That attached hereto as Exhibit C is the postal return receipt evidencing acceptance of the documents mailed to non-resident foreign defendant, Nissan Chemical Industries, Ltd.

      Dated this 9th day of August, 2005.

*Suzanne M. Hill*
Suzanne M. Hill  (4414#)

SWORN AND SUBSCRIBED before me the day and year aforesaid.

*Mary Ellen Stackel*
Notary Public
My commission expires: 4-9-08

EXHIBIT A

# CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
*1. Que la demande a été exécutée*
  -the (date)
  -*la (date)* _____平成17年 6月 10日_____
  -at (place, street, number)
    - *à (localité, rue, numéro)* _____東京都 千代田区 神田錦町 3-7-1_____

-in one of the following methods authorized by article 5-
-*dans une des formes suivantes prévantes prévues à l'article 5:*
  ~~(a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.~~
    a) *selon les formes légales (article 5, alinéa premier, lettre a).*
  ~~(b) in accordance with the following particular method*:~~
    b) *selon la forme particulière suivante:* _____
  (c) by delivery to the addressee, who accepted it voluntarily.
    c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
  -(identity and description of person)
  -*(identité et qualité de la personne)* _____貝瀬 幸枝_____

  -relationship to the addressee (family, business or other):
  -*(liens de parenté, de subordination ou autres, avec le destinataire de l'acte:* ___日産化学工業株式会社従業員___

~~2) that the document has not been served, by reason of the following facts*:~~
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais don't le détail figure au mémoire ci-joint.*

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renoyées:*
_____
_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*
___郵便送達報告書, 文書送付申出書___

Done at _東京都_, the _2005. 6. 13_
*Fait à* _____, *le* _____

Signature and/or stamp.
*Signature et/or cachet.*

東京地方裁判所民事第4部
裁判所書記官 小川祐貴子

*Delete if inappropriate.
*Rayer les mentions inutiles.*

578

# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*    CA 05-200
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or
Commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l' l'étranger des actes judiciaires ou extrajudiciaires en matierè civile*
*ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identify and address of the applicant<br>*Identité et adresse du requérant*<br>Richard L. Horwitz, Esquire<br>Potter Anderson & Corroon LLP<br>1313 N. Market Street, P.O. Box 951<br>Wilmington, DE 19899 USA<br>Pursuant to the laws of Delaware and as adopted by the Federal Courts, Attorneys are officers of the Court and, therefore, are empowered to sign this Request (Fed. R. Civ. P. 4 (c)(2) | Address of receiving authority<br>*Adresse de l'autorité destinaiaire*<br>The Minister of Foreign Affairs<br>2-2-1 Kasumigaseki, Chiyoda-ku<br>Tokyo 100, Japan |
|---|---|

The undersigned applicant has the honour to transmit--in duplicate--the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir--en double exemplaire--a l'autorité destinataire les documents ci-dessous énumérés,*
*en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(*identité et adresse*)

Nissan Chemical Industries, Ltd. , Kowa-Hitotsubashi Building, 7-1, 3-Chome, Kanda-Nishiki-Cho, Chiyoda-Ku, Toyko, Japan

☑ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   *a) selon les formes léfales (article 5, alinéa premier, lettre a).*

☐ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
   *b) selon la forme particulière suivante (article 5, alinéa permier, lettre b):* _____

☑ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
   *c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents-and of the annexes*--with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renoyer au requérant un exemplaire de l'acte--et de ses annexes--avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Two sets of the Request ✓
Two sets of the Certificate ✓
Two sets of the Summary of Documents to be Served ✓
Two sets of the Summons
Two sets of the Complaint with Exhibits ✓
Two sets of Motion for Preliminary Injunction
Two sets of the Brief in Support of the Motion for Preliminary ✓
      Injunction and Attachments
Two sets of the Motion to Admit Attorneys Pro Hace Vice
Two sets of the Motion to Expedite
Two sets of the Plaintiff's Interrogatories and Requests for
      Production to Defendant

Done at Wilmington, Delaware, the 13 day of April 2005
*Fait à* April _____, *le* 2005

Signature and/or stamp.
*Signature et/ou cachet.*

Beth Ann, Deputy Clerk

*Delete if inappropriate.
*Ruyer les mentions inutiles.*

17.4.19

(Formerly OBD-116 which was formerly LAA-116, USM-94
both of which may still be used)         (Est. 11/22/77)

| 郵便送達報告書 (住所, 居所等用) | | 発送年月日 | 平成 17 年 6 月 9 日 |
|---|---|---|---|
| 事件番号 | 平成 17 年 (ワ) 第 222 号 | | |

| 送達書類 | 書類の名称 | 1. SUMMARY OF THE DOCUMENT TO BE SERVED (文書の要領)<br>2. CIVIL COVER SHEET<br>3. FIRST INETRROGATORIES (2通)   10. ALIAS PLAECIPE<br>4. REQUEST      (2通)   11. LETTER<br>5. MOTION       (3通)   12. COMPLAINT<br>6. MOTION AND ORDER (2通)   13. OPENING BRIEF<br>7. ORDER       (2通)<br>8. NOTICE      (2通)<br>9. PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT |
| | 差出人 所在地 | 郵便番号 100-8920<br>東京都千代田区霞が関1丁目1番4号 |
| | 名称 | 東京地方裁判所民事第 4 部 |
| | 受送達者本人氏名 | 日産化学工業株式会社 |

| 受領者の押印又は署名 | 日産化学工業(株) ㊞(貝瀬) |
|---|---|
| 送達の場所 | 郵便番号 101-0054<br>千代田区神田錦町3-7-1 |
| 送達年月日時 | 平成 17 年 6 月 10 日 12 時 |

| 送達方法 | 1 | 受送達者本人に渡した。 | | |
|---|---|---|---|---|
| | 2 | 受送達者本人に出会わなかったので、書類の受領について相当のわきまえがあると認められる次の者に渡した。<br>使用人・従業者  同居者<br>氏名( 貝瀬幸枝 ) | | |
| | 3 | 次の者が正当な理由なく受取りを拒んだので、その場に差し置いた。<br>受送達者本人  使用人・従業者  同居者<br>氏名( ) | | |
| | 4 | 郵便局に出局した書類の受領について相当のわきまえがあると認められる次の者に渡した。<br>使用人・従業者  同居者<br>氏名( ) | | |

| 差出人記入欄 | 上記のとおり送達しました。<br>平成 17 年 6 月 10 日<br>神田 郵便局<br>配達担当者 房野芳郎 ㊞ |
|---|---|

(注意)
1. 受領者が押印又は署名をすることができないときは、「受領者の押印又は署名」欄にその旨を記入すること。
2. 「送達の場所」欄は、市町村名から住居番号等まで詳細明確に記入すること。ただし、郵便局の窓口において交付したときは、「窓口」とのみ記入すること。
3. 「送達年月日時」欄の年月日時のいずれかの数字が1桁のときは、枠内に右詰めで記入すること。また、時刻は24時間制で記入すること。
4. 「送達方法」欄は、次により記入すること。
  (1) 「1」の欄については、数字を「○」で囲む。
  (2) 「2」、「3」及び「4」の欄については、該当する数字を「○」で囲み、その氏名を記入する。ただし、該当者が受送達者本人であるときは、その氏名を記入しない。



１００－８９２０

東京都千代田区霞が関一丁目１番４号

東京地方裁判所民事第四部御中

<u>文書受領の催告書について</u>

平成 17 年 6 月 3 日

デラウエア合衆国地方裁判所よりの送達すべき文書にかかる平成 17 年 5 月 18 日付貴催告書を受領いたしました。

同催告書に従い、本書により下記にて当該文書の当社への送付を希望しますのでよろしくお願いいたします。

１０１－００５４

東京都千代田区神田錦町三丁目七番地１

日産化学工業株式会社

取締役社長　藤本修一郎

記

事件番号：　平成 17 年（ヱ）第 222 号共助事件

担当部、書記官名：　東京地方裁判所民事第四部　裁判所書記官　小川祐貴子殿

催告書中の受領期限年月日：　平成 17 年 6 月 8 日

以上



平成 17 年（ヲ）第 222 号共助事件
平成 17 年 5 月 18 日

日産化学工業株式会社殿

東京地方裁判所民事第 4 部
裁判所書記官　小川祐子



文 書 受 領 の 催 告 書

　当裁判所は，アメリカ合衆　　国の令状送達者から下記の文書を送達すべき旨の要請を受けました。ついては，平成 17 年 6 月 8 日までに当裁判所民事第 4 部書記官室（11 階）に出頭の上，下記の文書を受領するか，又は下記の文書の送付を希望される場合には，その旨を前記の日までに書面によって申し出てください。

　なお，あなたが前記の日までに出頭しないか，又は送付の申し出をしないときは，文書の受領が拒絶されたものとして，下記の文書を要請者に返送します。

記

1　送達すべき文書の表示
　　別紙，1のとおり

2　送達すべき文書を発出した当局の表示
　　別紙　2のとおり

3　当事者の氏名及び資格
　　別紙　3のとおり

4　訳文添付の有無
　　無

5　当裁判所の所在地
　　郵便番号　〒１００－８９２０
　　住　　所　東京都千代田区霞が関１－１－４
　　電話番号　代表（０３（３５８１）５４１１）（内線 3298 ）
　　　　　　　　　又は
　　　　　　　０３（６４７８）２４６６

注意　1　出頭の際は，この催告書を受付に提示してください。
　　　　　なお，本人の場合には，身分を証明できるもの及び印鑑，法人の場合には，資格証明書，委任状，印鑑証明書及び受領者の印鑑を持参してください。
　　　　　　　　↓　　　　　　↓　　　　　　　　　　　↓
　　　　　会社登記簿謄本　同封のものと同様に　代表者の印
　　　　　　　　　　　　　してください　　　　委任状に押した印

　　　2　文書の送付を希望する場合には，次の事項を明記の上，書面で申し出てください。
　　　　（1）事件番号
　　　　（2）担当部，書記官名
　　　　（3）本催告書中の受領期限年月日

別紙



1　送達すべき文書
   1　SUMMARY OF THE DOCUMENT TO BE SERVED（文書の要領）
   2　CIVIL COVER SHEET
   3　FIRST INTERROGATORIES（2通）
   4　REQUEST（2通）
   5　MOTION（3通）
   6　MOTION AND ORDER（2通）
   7　ORDER（2通）
   8　NOTICE（2通）
   9　PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT
  10　ALIAS PRAECIPE
  11　LETTER
  12　COMPLAINT
  13　OPENING BRIEF

2　送達すべき文書を発出した当局
   デラウェア合衆国地方裁判所

3　当事者の氏名及び資格
   原告　E.I.DU PONT DE NEMOURS AND COMPANY
   被告　日産化学工業株式会社　外

EXHIBIT B



**UNITED STATES POSTAL SERVICE**®

**Return Receipt for International Mail**
(Registered, Insured, Recorded Delivery, Express Mail)

dministration
es Postes des
tats-Unis
'Amérique

*Par Avion*



Postmark of the office returning the receipt
Timbre du bureau renvoyant l'avis

eturn by the uickest route ir or surface ail), a découvert nd postage free

The sender completes and indicates the address for the return of this receipt.
(A remplir par l'expéditeur, qui indiquera son adresse pour le renvoi du présent avis.)

Name or Firm (Nom ou raison sociale)
RICHARD L. Horwitz, ESQ.
Potter Anderson & Corroon, LLP
1313 North Market St., P.O. Box 951

renvoyer par voie la plus ipide (aérienne u de surface), découvert et n franchise de ort.

Street and Number (Rue et no.)
Wilmington, DE 19899

City, State, and ZIP + 4 (Localitié et code postal)

UNITED STATES OF AMERICA         Etats-Unis d'Amérique

S Form **2865**, February 1997      *Avis de réception*       **CN07** (Old C5)

| Item Description (Nature de l'envoi) | ☒ Registered Article (Envoi recommandé) | ☐ Letter (Lettre) | ☐ Printed Matter (Imprimé) | ☐ Other (Autre) | Recorded Delivery (Envoi à livraison attestée) | ☐ Express Mail International |
|---|---|---|---|---|---|---|
| ☐ Insured Parcel (Colis avec valeur déclarée) | Insured Value (Valeur déclarée) | | Article Number RB 458 342 155 | | | |

Office of Mailing (Bureau de dépôt): The Minister of Foreign Affairs
Date of Posting (Date de dépôt): 04-14-05
Addressee Name or Firm (Nom ou raison sociale du destinataire): 2-2-1 Kasumigaseki, Chiyoda-ku
Street and No. (Rue et No.):
Place and Country (Localité et pays): Tokyo 100, Japan

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.
(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à l'expéditeur.)

☐ The article mentioned above was duly delivered. (L'envoi mentionné ci-dessus a été dûment livré.)
Date: APR. 19. 2005
Signature of Addressee (Signature du destinataire)
Office of Destination Employee Signature (Signature de l'agent du bureau du destination)
Postmark of the office destination (Timbre bureau de destination)

PS Form 2865, February 1997 (Reverse)  RB 858 342 155 US

EXHIBIT C

   **Return Receipt for International Mail**
**UNITED STATES POSTAL SERVICE®**    (Registered, Insured, Recorded Delivery, Express Mail)

|  |  | Postmark of the office returning the receipt |
|---|---|---|
| dministration es Postes des tats-Unis 'Amérique | *Par Avion*  | Timbre du bureau renvoyant l'avis |

| | The sender completes and indicates the address for the return of this receipt. (A remplir par l'expéditeur, qui indiquera son adresse pour le renvoi du présent avis.) |
|---|---|
| eturn by the- Juickest route iir or surface iail), a découvert nd postage free | Name or Firm *(Nom ou raison sociale)* RICHARD L. HORWITZ, ESQ Potter Anderson & Corroon, LLP |
| renvoyer par voie la plus ipide (aérienne u de surface), découvert et n franchise de ort. | 1313 North Market Street, P.O. Box 951 Street and Number *(Rue et no.)* Wilmington, DE 19899 City, State, and ZIP + 4 *(Localitié et code postal)* |
| | UNITED STATES OF AMERICA        Etats-Unis d'Amérique |

S Form **2865**, February 1997    ***Avis de réception***    **CN07** *(Old C5)*

| Item Description (Nature de l'envoi ) | ☒ Registered Article (Envoi recommandé) | ☐ Letter (Lettre) | ☐ Printed Matter (Imprimé) | ☐ Other (Autre) | ☐ Recorded Delivery (Envoi à livraison attestée) | ☐ Express Mail International |
|---|---|---|---|---|---|---|
| ☐ Insured Parcel (Colis avec valeur déclarée) | Insured Value (Valeur déclarée) | | Article Number RB 858 342 147 | | | |

*Completed by the office of origin. (A remplir par le bureau d'origine.)*

| Office of Mailing (Bureau de dépôt) | Date of Posting (Date de dépôt) |
|---|---|
| Nissan Chemical Industries, Ltd. | 04-14-05 |

Addressee Name or Firm (Nom ou raison sociale du destinataire)
Kowa-Hitotsubashi Building

Street and No. (Rue et No.)
7-1, 3-chome, Kanda-Nishiki-Cho

Place and Country (Localité et pays)
Chiyoda-ku, Toyko, Japan

*Completed at destination. (A compléter à destination.)*

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

(Cet avis doit être signé par le destinataire ou par une personne ou autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à expéditeur).

☐ The article mentioned above was duly delivered.
(L'envoi mentionné ci-dessus a été dûment livré.)

| Signature of Addressee (Signature du destinataire) Maki Inazawa | Office of Destination Employee Signature (Signature de l'agent du bureau du destination) | Date | Postmark of the office destination (Timbre bureau de destinati) |

PS Form 2865, February 1997 (Reverse)    RB 858 342 147   US     19. Apr. 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Suzanne M. Hill, hereby certify that on August 9, 2005, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Frederick L. Cottrell, III
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551

By: *Suzanne M. Hill*
Richard L. Horwitz (#2246)
Suzanne M. Hill (#4414)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
shill@potteranderson.com