IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E. I. DU PONT DE NEMOURS AND COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>CANYON GROUP LLC a Delaware limited liability company, and NISSAN CHEMICAL INDUSTRIES, LTD., a Japanese corporation<br><br>Defendants. | )<br>)<br>)<br>)  C.A. NO. 05-200-KAJ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF DISMISSAL OF CLAIMS AGAINST**
**DEFENDANT NISSAN CHEMICAL INDUSTRIES, LTD.**

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff E. I. du Pont de Nemours and Company, through its undersigned counsel, hereby dismisses the above-captioned action against Defendant Nissan Chemical Industries, Ltd., with prejudice, each side to bear its own costs and attorneys' fees.

POTTER ANDERSON & CORROON LLP

By _Suzanne M. Hill_
Richard L. Horwitz, Esquire (#2246)
Arthur L. Dent, Esquire (#2491)
Suzanne M. Hill, Esquire (#4414)
Hercules Plaza, 1313 N. Market Street
P.O. Box 951
Wilmington, Delaware 19899-0951
Telephone: (302) 984-6000
Telecopy: (302) 658-1192

Attorneys for E. I. du Pont de Nemours and Company

OF COUNSEL:

A. Stephens Clay
Georgia Bar No. 129400
Ronald L. Raider
Georgia Bar No. 592192
KILPATRICK STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4530
Telephone: (404) 815-6500
Telecopy: (404) 815-6555

Tonya R. Deem
NC State Bar No. 23075
KILPATRICK STOCKTON LLP
1001 West Fourth Street
Winston-Salem, North Carolina 27101
Telephone: (336) 607-7485
Telecopy: (336) 734-2653


Dated: August 8, 2006


PA&C 744286v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Suzanne M. Hill, hereby certify that on August 8, 2006, the attached document was served via hand delivery and electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

| | |
|---|---|
| Frederick L. Cottrell, III<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899-0551 | Steven J. Balick<br>Ashby & Geddes<br>222 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE 19899-1150 |

By: /s/ Suzanne M. Hill
Richard L. Horwitz (#2246)
Suzanne M. Hill (#4414)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
shill@potteranderson.com