**REVIEWED**
By Larisha Davis at 11:50 am, Jun 26, 2007

CLOSED, PATENT, PaperDocuments

# U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:05-cv-00200-KAJ
#### Internal Use Only

| | |
|---|---|
| E.I. du Pont de Nemours & Company v. Canyon Group LLC et al | Date Filed: 04/07/2005 |
| Assigned to: Honorable Kent A. Jordan | Date Terminated: 08/08/2006 |
| Cause: 28:1331 Fed. Question: Tort Action | Jury Demand: None |
| | Nature of Suit: 830 Patent |
| | Jurisdiction: Federal Question |

**Plaintiff**

**E.I. du Pont de Nemours & Company**     represented by     **Frederick L. Cottrell, III**
*a Delaware corporation*                                      Richards, Layton & Finger
                                                              One Rodney Square
                                                              P.O. Box 551
                                                              Wilmington, DE 19899
                                                              (302) 658-6541
                                                              Email: cottrell@rlf.com
                                                              *TERMINATED: 05/17/2005*
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Richard L. Horwitz**
                                                              Potter Anderson & Corroon, LLP
                                                              1313 N. Market St., Hercules Plaza, 6th Flr.
                                                              P.O. Box 951
                                                              Wilmington, DE 19899-0951
                                                              (302) 984-6000
                                                              Email: rhorwitz@potteranderson.com
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Suzanne Melcher Hill**
                                                              Potter Anderson & Corroon, LLP
                                                              1313 N. Market St., Hercules Plaza, 6th Flr.
                                                              P.O. Box 951
                                                              Wilmington, DE 19899-0951
                                                              (302) 984-6185
                                                              Fax: (302) 658-1192
                                                              Email: shill@potteranderson.com
                                                              *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Canyon Group LLC**                         represented by     **Steven J. Balick**
*a Delaware limited liability company*                          Ashby & Geddes
*TERMINATED: 04/21/2005*                                        500 Delaware Avenue, 8th Floor
                                                                P.O. Box 1150
                                                                Wilmington, DE 19899
                                                                (302) 654-1888
                                                                Email: sbalick@ashby-geddes.com
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Nissan Chemical Industries Ltd.**  represented by  **Frederick L. Cottrell, III**
*a Japanese corporation*                                 (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/07/2005 | 1 | MOTION for Leave to File a Complaint Under Seal - filed by E.I. du Pont de Nemours & Company. (exit GMS) (mwm, ) (Entered: 04/07/2005) |
| 04/07/2005 | 2 | SEALED COMPLAINT filed against Canyon Group LLC, Nissan Chemical Industries Ltd. - Magistrate Consent Notice to Pltf. ( Filing fee $ 250, receipt number 138764.) - filed by E.I. du Pont de Nemours & Company. (exit GMS) (Attachments: # 1 Civil Cover Sheet # 2 Acknowledgement of Consent Form)(mwm, ) (Entered: 04/07/2005) |
| 04/07/2005 |  | Summons Issued as to Canyon Group LLC on 4/7/2005; Nissan Chemical Industries Ltd. on 4/7/2005. (mwm, ) (Entered: 04/07/2005) |
| 04/07/2005 | 3 | Disclosure Statement pursuant to Rule 7.1 filed by E.I. du Pont de Nemours & Company. (mwm, ) (Entered: 04/07/2005) |
| 04/07/2005 | 4 | Sealed MOTION for Preliminary Injunction in Aid of Arbitration - filed by E.I. du Pont de Nemours & Company. (exit GMS) (mwm, ) (Entered: 04/07/2005) |
| 04/07/2005 | 5 | SEALED PROPOSED ORDER re 4 MOTION for Preliminary Injunction by E.I. du Pont de Nemours & Company. (exit GMS) (mwm, ) (Entered: 04/07/2005) |
| 04/07/2005 | 6 | SEALED OPENING BRIEF in Support re 4 MOTION for Preliminary Injunction filed by E.I. du Pont de Nemours & Company.Answering Brief/Response due date per Local Rules is 4/21/2005. (exit GMS)(mwm, ) (Entered: 04/07/2005) |
| 04/07/2005 | 7 | MOTION for Pro Hac Vice Appearance of Attorney A. Stephens Clay, Tonya R. Deem and Ronald L. Raider w/proposed order- filed by E.I. du Pont de Nemours & Company. (exit GMS) (mwm, ) Modified on 4/7/2005 (dab, ). (Entered: 04/07/2005) |
| 04/07/2005 | 8 | ORDER granting 1 Motion for Leave to File a Complaint under seal. Signed by Judge Joseph J. Farnan, Jr. on 4/7/05. (mwm, ) (Entered: 04/07/2005) |
| 04/07/2005 | 9 | ORDER granting 7 Motion for Leave to Appear Pro Hac Vice . Signed by Judge Joseph J. Farnan, Jr. on 4/7/05. (mwm, ) (Entered: 04/07/2005) |
| 04/08/2005 | 10 | Letter to The Honorable Sue L. Robinson from Frederick L. Cottrell, III regarding representation of Nissan Chemical Industries.. (Cottrell, Frederick) (Entered: 04/08/2005) |
| 04/08/2005 | 11 | MOTION to Expedite *Proceedings Related to Plaintiff's Motion for Preliminary Injunction in Aid of International Arbitration* - filed by E.I. du Pont de Nemours & Company. (Attachments: # 1 Text of Proposed Order)(Horwitz, Richard) (Entered: 04/08/2005) |
| 04/08/2005 | 12 | Letter to Chief Judge Robinson from Frederick L. Cottrell III regarding assignment. (dab, ) (Entered: 04/11/2005) |
| 04/11/2005 | 13 | NOTICE OF SERVICE of Plaintiff's First Interrogatories to Defendant Canyon Group LLC, Plaintiff's Request for Production of Documents to Defendant Nissan Chemical Industries, Ltd., Plaintiff's Request for Production of Documents to Defendant Canyon Group LLC, and Plaintiff's First Interrogatories to Defendant Nissan Chemical Industries, Ltd. by E.I. du Pont de Nemours & Company.(Hill, Suzanne) (Entered: 04/11/2005) |

| | | |
|---|---|---|
| 04/12/2005 | | Summons Issued as to Nissan Chemical Industries Ltd. on 4/12/2005. (bad, ) (Entered: 04/12/2005) |
| 04/13/2005 | 14 | PRAECIPE filed by Suzanne Melcher Hill on behalf of E.I. du Pont de Nemours & Company requesting Clerk to issue *Alias Summons* (Hill, Suzanne) (Entered: 04/13/2005) |
| 04/13/2005 | | Case assigned to Judge Kent A. Jordan. Please include the initials of the Judge (KAJ) after the case number on all documents filed. (rjb, ) (Entered: 04/13/2005) |
| 04/13/2005 | | Summons Reissued [Alias] to Nissan Chemical Industries Ltd., per D.I. 14 (bad, ) (Entered: 04/14/2005) |
| 04/14/2005 | 15 | Letter to Judge Jordan from Richard L. Horwitz regarding an expedited briefing schedule re 11 MOTION to Expedite *Proceedings Related to Plaintiff's Motion for Preliminary Injunction in Aid of International Arbitration*. (Horwitz, Richard) (Entered: 04/14/2005) |
| 04/14/2005 | 16 | REDACTED VERSION of 2 Complaint, *for Preliminary Injunctive Relief and Breach of Contract and Tort Claims* by E.I. du Pont de Nemours & Company. (Horwitz, Richard) (Entered: 04/14/2005) |
| 04/14/2005 | 17 | REDACTED VERSION of 4 MOTION for Preliminary Injunction *in Aid of Arbitration* by E.I. du Pont de Nemours & Company. (Horwitz, Richard) (Entered: 04/14/2005) |
| 04/14/2005 | 18 | REDACTED VERSION of 5 Proposed Order *Granting Motion of Plaintiff for Preliminary Injunction in Aid of Arbitration* by E.I. du Pont de Nemours & Company. (Horwitz, Richard) (Entered: 04/14/2005) |
| 04/14/2005 | 19 | REDACTED VERSION of 6 Opening Brief in Support *of Motion for Preliminary Injunction in Aid of Arbitration* by E.I. du Pont de Nemours & Company. (Horwitz, Richard) (Entered: 04/14/2005) |
| 04/14/2005 | 20 | Return of Service Executed by E.I. du Pont de Nemours & Company. Canyon Group LLC served on 4/13/2005, answer due 5/3/2005. (Hill, Suzanne) (Entered: 04/14/2005) |
| 04/14/2005 | 21 | Return of Service Executed by E.I. du Pont de Nemours & Company. Nissan Chemical Industries Ltd. served on 4/13/2005, answer due 5/3/2005. (Hill, Suzanne) (Entered: 04/14/2005) |
| 04/14/2005 | 22 | Letter to The Honorable Kent A. Jordan from Frederick L. Cottrell, III regarding [UNDER SEAL] Response to Complaint and letter of Richard Horwitz dated 4/14/05 re 15 Letter,, 2 Complaint,. (Cottrell, Frederick) (Entered: 04/14/2005) |
| 04/14/2005 | 23 | NOTICE of Appearance by Frederick L. Cottrell, III on behalf of Nissan Chemical Industries Ltd. (Cottrell, Frederick) (Entered: 04/14/2005) |
| 04/15/2005 | | Minute Entry for proceedings held before Judge Kent A. Jordan : Motion Hearing held on 4/15/2005 re 11 MOTION to Expedite Proceedings Related to Plaintiff's Motion for Preliminary Injunction in Aid of International Arbitration filed by E.I. du Pont de Nemours & Company. Motion is DENIED. Oral Order to be entered. (Court Reporter Ellie Corbett.) (rwc, ) (Entered: 04/18/2005) |
| 04/15/2005 | | ORAL ORDER - denying 11 MOTION to Expedite Proceedings Related to Plaintiff's Motion for Preliminary Injunction in Aid of International Arbitration filed by E.I. du Pont de Nemours & Company . Signed by Judge Kent A. Jordan on 4/15/05. (rwc, ) (Entered: 04/18/2005) |
| 04/18/2005 | 24 | NOTICE of Appearance by Steven J. Balick on behalf of Canyon Group LLC (Balick, Steven) (Entered: 04/18/2005) |
| 04/19/2005 | 25 | TRANSCRIPT of teleconference held on 4/15/05 before Judge Jordan. Court Reporter: Corbett & Associates. (Transcript on file in Clerk's Office) (rwc, ) (Entered: |

| | | |
|---|---|---|
| | | 04/19/2005) |
| 04/21/2005 | 26 | NOTICE of Voluntary Dismissal by E.I. du Pont de Nemours & Company (Hill, Suzanne) (Entered: 04/21/2005) |
| 04/21/2005 | | (Court only) *** Party Canyon Group LLC terminated per DI# 26. (rwc, ) (Entered: 04/21/2005) |
| 04/22/2005 | 27 | Letter to The Honorable Kent A. Jordan from Frederick L. Cottrell, III regarding Redacted - Public Version re 22 Letter. (Attachments: # 1 Exhibit A & B)(Cottrell, Frederick) (Entered: 04/22/2005) |
| 05/03/2005 | 28 | MOTION to Dismiss for Failure to State a Claim, MOTION to Dismiss for Insufficiency of Service of Process, MOTION to Dismiss for Lack of Jurisdiction Over the Person, MOTION to Dismiss for Lack of Jurisdiction Over the Subject Matter - filed by Nissan Chemical Industries Ltd.. (Cottrell, Frederick) (Entered: 05/03/2005) |
| 05/03/2005 | 29 | SEALED OPENING BRIEF in Support re 28 MOTION to Dismiss for Failure to State a Claim MOTION to Dismiss for Insufficiency of Service of Process MOTION to Dismiss for Insufficiency of Service of Process MOTION to Dismiss for Lack of Jurisdiction Over the Person MOTION to Dismiss for Lack of Jurisdiction Over the Person MOTION to Dismiss for Lack of Jurisdiction Over the Subject Matter MOTION to Dismiss for Lack of Jurisdiction Over the Subject Matter *[Opening Brief of Nissan Chemical Industries, Ltd. In Support Of Its Motion To Dismiss]* filed by Nissan Chemical Industries Ltd..Answering Brief/Response due date per Local Rules is 5/17/2005. (Cottrell, Frederick) (Entered: 05/03/2005) |
| 05/03/2005 | 30 | DECLARATION re 28 MOTION to Dismiss for Failure to State a Claim MOTION to Dismiss for Insufficiency of Service of Process MOTION to Dismiss for Insufficiency of Service of Process MOTION to Dismiss for Lack of Jurisdiction Over the Person MOTION to Dismiss for Lack of Jurisdiction Over the Person MOTION to Dismiss for Lack of Jurisdiction Over the Subject Matter MOTION to Dismiss for Lack of Jurisdiction Over the Subject Matter, 29 Opening Brief in Support,, *[Declaration of Hiroshi Kurihara]* by Nissan Chemical Industries Ltd.. (Cottrell, Frederick) (Entered: 05/03/2005) |
| 05/03/2005 | 31 | AFFIDAVIT of Suzanne M. Hill */Affidavit of Mailing* filed by E.I. du Pont de Nemours & Company. (Hill, Suzanne) (Entered: 05/03/2005) |
| 05/13/2005 | 32 | STIPULATION TO EXTEND TIME Answering Brief on Defendant's Motion To Dismiss to June 15, 2005 - filed by E.I. du Pont de Nemours & Company, Nissan Chemical Industries Ltd.. (Cottrell, Frederick) (Entered: 05/13/2005) |
| 05/17/2005 | | (Court only) *** Attorney Frederick L. Cottrell, III terminated for Pltf. (rwc, ) (Entered: 05/17/2005) |
| 05/18/2005 | | SO - ORDERED setting briefing schedule Answering Brief due 6/15/2005 Re: Motion [DI# 28]. Signed by Judge Kent A. Jordan on 5/18/05. (rwc, ) (Entered: 05/18/2005) |
| 05/24/2005 | | (Court only) ***Set Patent Case Flag (maw, ) (Entered: 05/24/2005) |
| 06/24/2005 | 33 | STIPULATION and (Proposed) Order Staying Proceedings by E.I. du Pont de Nemours & Company. (Hill, Suzanne) (Entered: 06/24/2005) |
| 06/27/2005 | | SO ORDERED, granting Stipulation 33 for Stay of Proceedings filed by E.I. du Pont de Nemours & Company . Signed by Judge Kent A. Jordan on 6/27/05. (rwc, ) (Entered: 06/27/2005) |
| 06/27/2005 | | (Court only) ***Set Stay Flag per DI# 33. (rwc, ) (Entered: 06/27/2005) |
| 08/09/2005 | 34 | AFFIDAVIT of MAILING of Suzanne M. Hill filed by E.I. du Pont de Nemours & Company. (Hill, Suzanne) (Entered: 08/09/2005) |
| | | |