**KAJ Sealed Documents to be picked up by Defendant**

| Case # | DI # | Contact Info. |
|---|---|---|
| **94-489** | 65<br>73<br>118<br>120<br>121<br>126<br>127<br>128<br>132<br>133<br>134<br>135<br>136<br>203<br>295<br>297<br>298<br>303<br>309<br>310 | **Mary Matterer** -Defendant<br>mmatterer@morrisjames.com,shadley@morrisjames.com,tpullan@morrisjames.com<br><br>Mary Matterer<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, DE 19899-2306 |
| **01-20** | 121<br>160<br>205<br>349<br>363<br>365 | **David H. Williams**<br>dwilliams@morrisjames.com,JMcVey@morrisjames.com<br>David H. Williams<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, DE 19899-2306 |

| | | |
|---|---|---|
| **01-169** | 71<br>72<br>134<br>181<br>200<br>207<br>208<br>209<br>236<br>237<br>238<br>239<br>241<br>252<br>260<br>277<br>279<br>280<br>283<br>284<br>313 | **Richard K. Herrmann (Palm Inc.)**<br>rherrmann@morrisjames.com<br><br>Richard K. Herrmann Morris James LLP 500 Delaware Avenue, Suite 1500 P.O. Box 2306 Wilmington, DE 19899-2306<br>302-888-6800<br><br>**Stephen E. Herrmann(Handspring Inc.)**-<br><span style="color:red">181,200,241</span><br>Richards,Layton & Finger<br>One Rodney Sq.<br>P.O. Box 551<br>Wilmington, De 19899<br>herrmann@rlf.com<br>302-658-6541 |
| **01-169** | 140<br>197<br>198<br>213<br>242<br>293<br>294<br>314 | **Frederick Cottrell**<br>Rischards,Layton & Finger<br>One Rodney Sq.<br>P.O. Box 551<br>Wilmington, De 19899<br>Email: cottrell@rlf.com<br>302-658-6541 |

| | | |
|---|---|---|
| **01-389** | 25<br>56<br>106<br>107<br>126<br>217<br>219<br>220<br>221<br>223<br>224<br>225<br>226<br>229<br>252<br>253<br>254<br>255<br>263<br>264<br>309<br>310<br>312<br>313<br>315<br>316<br>317 | **William J. Marsden, Jr.**<br>Fish & Richardson, P.C.<br>919 N. Market St., Ste. 1100<br>P.O. Box 1114<br>Wilmington, DE 19899<br>302-652-5070<br>marsden@fr.com |
| **01-389** | 182<br>232 | **Timothy Devlin**<br>Fish & Richardson, P.C.<br>919 N. Market Street, Suite 1100<br>P.O. Box 1114<br>Wilmington, DE 19899-1114<br>(302) 652-5070<br>tdevlin@fr.com |
| **02-123** | 136 | **Kathleen Jennings** (Soeby Elec)<br>Oberly, Jennings & Rhodunda, P.A.<br>1220 Market Street, Suite 710<br>P.O. Box 2054<br>Wilmington, DE 19899-2054<br>(302) 576-2000<br>kjennings@ojlaw.com |

| | | |
|---|---|---|
| **02-123** | 196 | **Patricia Smink Rogowski** (Contec)<br>Connolly, Bove, Lodge & Hutz<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>(302) 658-9141<br>progowski@cblh.com |
| **02-123** | 198 | **David L. Finger** (Hango)<br>Finger & Slanina, LLC<br>One Commerce Center<br>1201 Orange Street, Suite 725<br>Wilmington, DE 19801-1155<br>(302) 884-6766<br>dfinger@delawgroup.com |
| **02-123** | 201 | **Paul E. Crawford** (Contec)<br>Connolly, Bove, Lodge & Hutz<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>(302) 658-9141 |
| **02-123** | 274<br>381<br>508 | **Julia Heaney**<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>Email: jhefiling@mnat.com |

| | | |
|---|---|---|
| **02-123** | 283<br>284<br>299<br>301<br>305<br>306<br>307<br>308<br>320<br>321<br>328<br>329<br>330<br>331<br>448<br>449<br>451<br>455<br>470<br>507<br>573<br>593 | **Jack B. Blumenfeld**<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>Email: jbbefiling@mnat.com |
| **03-217** | 327<br>342<br>343<br>344<br>345<br>355<br>370 | **Carmella P. Keener**<br>Rosenthal, Monhait & Goddess, P.A.<br>Mellon Bank Center, Suite 1401<br>P.O. Box 1070<br>919 Market Street<br>Wilmington, DE 19899-1070<br>(302) 656-4433<br>Email: CKeener@rmgglaw.com |

| | | |
|---|---|---|
| **03-1095** | 144<br>145<br>148<br>150<br>151<br>152<br>154<br>155<br>157<br>158<br>159<br>161<br>162<br>195<br>200<br>207<br>208<br>209<br>211<br>331<br>333<br>349 | **Melanie K. Sharp**<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>(302) 571-6681 |
| **04-2** | 54<br>56<br>67<br>68 | **Sarah Elizabeth DiLuzio**<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>Email: sdiluzio@potteranderson.com |
| **04-350** | 13<br>14<br>20 | **Mary B. Graham**<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>Email: mbgefiling@mnat.com |

| | | |
|---|---|---|
| **04-833** | 66<br>70<br>92<br>93<br>117<br>186<br>191<br>198<br>205<br>217<br>235<br>244<br>247<br>255<br>264<br>265<br>269<br>272<br>309<br>318<br>322<br>329 | **John G. Day**<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>Email: jday@ashby-geddes.com |
| **04-904** | 112 | **Kevin M. Baird**<br>Womble Carlyle Sandridge & Rice, PLLC<br>222 Delaware Avenue<br>Suite 1501<br>Wilmington, DE 19801<br>302-252-4324<br>Email: kbaird@wcsr.com |

| | | |
|---|---|---|
| **04-1278** | 50<br>51<br>56<br>149<br>172<br>176<br>182<br>194<br>196<br>198<br>204<br>208<br>209<br>210<br>211<br>212<br>213<br>228<br>229<br>239<br>240<br>252<br>254<br>255<br>256<br>257<br>260<br>278<br>279<br>280<br>282<br>283<br>284<br>312<br>334 | **N. Richard Powers**<br>Connolly, Bove, Lodge & Hutz<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>(302) 658-9141<br>nrp@cblhlaw.com |
| **04-1305** | 32<br>33 | **Walter P. McEvilly, Jr.**<br>Stevens & Lee<br>1105 North Market Street<br>7th Floor<br>Wilmington, DE 19801<br>(302) 654-5180<br>Email: wpm@stevenslee.com |

| | | |
|---|---|---|
| **04-1332** | 40<br>41<br>107<br>108<br>109<br>110<br>111<br>138<br>151<br>162 | **John G. Day**<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>Email: jday@ashby-geddes.com<br><br>**Steven J. Balick** -151<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>Email: sbalick@ashby-geddes.com |
| **04-1334** | 22 | **Lisa Ann Barchi**<br>Department of Justice<br>820 N. French Street, 6th Floor<br>Wilmington, DE 19801<br>(302) 577-8363<br>Fax: (302) 577-5688<br>Email: lisa.barchi@state.de.us |
| **04-1532** | 18<br>19<br>20<br>116<br>120<br>123<br>127 | **Richard L. Horwitz**<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>Email: rhorwitz@potteranderson.com |
| **04-1532** | 63<br>64<br>65<br>76<br>77 | **Jack B. Blumenfeld**<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>Email: jbbefiling@mnat.com |
| **05-108** | 115<br>136<br>137<br>138 | **Sharon Oras Morgan**<br>Fox Rothschild LLP<br>919 North Market Street, Suite 1300<br>P.O. Box 2323<br>Wilmington, DE 19899-2323<br>(302) 622-4246<br>Email: smorgan@foxrothschild.com |

| **05-200** | 29 | **Frederick L. Cottrell, III**<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>(302) 658-6541<br>Email: cottrell@rlf.com |
|---|---|---|
| **05-458** | 32 | **Marc P. Niedzielski**<br>Department of Justice<br>820 N. French St.<br>Wilmington, DE 19801<br>(302) 577-8400<br>Email: marc.niedzielski@state.de.us |