OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 1, 2007

Frederick L. Cottrell, III, ESQ.
Richards, Layton & Finger
cottrell@rlf.com

RE: **E.I. du Pont de Nemours & Company v. Canyon Group LLC et al.**
    Civ. No. **05-cv-00200-KAJ**

Dear Counsel:

Pursuant to the Order entered on 7/20/2007 by the Honorable Mary Pat Thyne, the following documents are herewith being returned to you:

ITEMS: 22, 29.

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: /s/ Laushe Davis

I hereby acknowledge receipt of the above mentioned documents on 8/1/07.

/s/ Wendy S Cathers
Signature